449 S.E.2d 580

**Vickie C. DUNCAN and Ronald Hardee, Guardian
ad Litem for Stacey L. Hardee, Respondents,**

**v.**

**GOVERNMENT EMPLOYEES INSURANCE
COMPANY, Appellant.**

Supreme Court of South Carolina.

Sept. 15, 1994.

---

## ORDER

This is an appeal from an order of the circuit court granting the Guardian ad Litem's request to intervene. In our opinion, this order is not immediately appealable.

■ The right to appeal in this case is controlled by S.C.Code Ann. § 14–3–330 (1976 and Supp.1993). Only two of its subsections are potentially applicable to this matter. Under S.C.Code Ann. § 14–3–330(1) (1976), this Court may review any intermediate order that involves the merits of the action. An order involving the merits "must finally determine some substantial matter forming the whole or a part of some cause of action or defense in the case in which the order is entitled." *Knowles v. Standard Savings and Loan Association*, 274 S.C. 58, 261 S.E.2d 49 (1979); *Henderson v. Wyatt*, 8 S.C. 112 (1877).

Further, an interlocutory order that affects a substantial right and in effect determines the action and prevents a judgment from which an appeal may be taken or discontinues the action may be reviewed by this Court. S.C.Code Ann. § 14–3–330(2) (1976).

■ The order of the circuit court does not fit within either of these subsections. Although this Court has never addressed the question of whether an order granting a request to intervene is directly appealable, we have held that an order making a third party a defendant is not immediately appealable. *Edgefield County Hospitals Trustees v. Cannon Construction and Supply Co.*, 273 S.C. 500, 257 S.E.2d 501 (1979). The majority of states that have addressed this issue have held that an order granting a motion to intervene is not immediately appealable. 4 Am.Jur.2d *Appeal and Error* § 94

(1962). We now hold that an order granting a motion to intervene is not immediately appealable.

Accordingly, this appeal is dismissed without prejudice. No costs shall be taxed under Rule 222, SCACR.

IT IS SO ORDERED.